FILED
September 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D52

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dorothy Louise Tovar | **Case No :** | 09-28664 - D - 13 L |
| | | **Date :** | 9/1/09 |
| | | **Time :** | 01:00 |

**Matter :** [40] - Motion/Application to Confirm/Modify Chapter 13 Plan [TBC-2] Filed by Debtor Dorothy Louise Tovar (jlas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied. Resolved without oral argument.

Dated: September 03, 2009

*Robert S. Bardwil*, Judge
United States Bankruptcy Court