```
                                                                    FILED
                                                              September 04, 2009
                                                              CLERK, U.S. BANKRUPTCY COURT
                                                              EASTERN DISTRICT OF CALIFORNIA
                                                                    D53
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dorothy Louise Tovar | **Case No :** | 09-28664 - D - 13 L |
| | | **Date :** | 9/1/09 |
| | | **Time :** | 01:00 |

**Matter :** [49] - Objection to Confirmation of Plan [TBC-2] Filed by Creditor LaSalle Bank National Association (jlas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Creditor's Attorney - Joshua Abel
**Respondent(s) :**
             Neil Enmark (for the Trustee)

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the objection to confirmation is overruled as moot.

Dated: September 04, 2009

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court