FILED
November 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002212395

3

Michael R. Germain (C.S.B. # 133553)
THE BANKRUPTCY CENTER
945 Morning Star Drive
Sonora, CA 95370
Telephone: (209) 536-9577

Attorneys for Debtor, Dorothy L. Tovar

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

In re:  
    Dorothy L. Tovar  
    Debtor.

Case No. 09-28664-D-13L
Chapter 13
**D.C. No. NLE-2**
Judge: Robert S. Bardwil
Date: November 24, 2009
Time: 10:00 a.m.
Place: 501 I Street, 6th Floor
      Dept. D- Ctrm. 34

**DECLARATION OF DOROTHY L. TOVAR IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO TIMELY CONFIRM A PLAN; REQUEST FOR CONTINUANCE**

I, Dorothy L. Tovar, declare as follows:

1. I am the Debtor in the above-captioned case. I have personal knowledge of the facts stated in this declaration and could testify competently to those facts if called as a witness. As to matters stated on information and belief, I am informed and believe that those matters are true and correct.

2. I am optimistic that I can pay my creditors in full out of the settlement of a pending Lawsuit, defined and discussed in detail below. The settlement of the Lawsuit will be my means of funding my Chapter 13 Plan, through which I expect to pay all creditors 100% of the amounts they are owed. However, since the Lawsuit still has not settled, I have been unable to file a third modified Chapter 13 Plan. Recently, there have been confidential and inadmissible settlement discussions, which have caused me to become optimistic that the Lawsuit will settle sometime in December, 2009. Accordingly, I respectfully ask the Court to allow me through and including December 31, 2009 to file a Third Modified Plan. I would stipulate to the dismissal of my

| | |
|---|---|
| 1 | Chapter 13 case, or would seek the voluntary dismissal thereof, after December 31, 2009, unless |
| 2 | the Lawsuit has settled by December 31. |
| 3 | 3. I am the Plaintiff in a lawsuit styled as *Tovar v. Ballard, et al.*, Case No. |
| 4 | 2009-00032444, Sacramento County Superior Court (hereinafter, "the Lawsuit"). Liability is |
| 5 | clear, and my damages from the underlying negligence were in an amount that significantly |
| 6 | exceeds the amount necessary to pay my creditors in full. The resolution of the Lawsuit is |
| 7 | substantially likely to generate revenue for me which will be sufficient to fund my Plan, and pay |
| 8 | all creditors in full, within a reasonable time. |
| 9 | 4. The basis of the Lawsuit is legal malpractice by my former appellate attorneys. Those |
| 10 | attorneys failed to file the opening brief in Appeal Number #07-15928, United States Court of |
| 11 | Appeals for the Ninth Circuit (hereinafter, "the Appeal"). As a proximate result of the attorneys' |
| 12 | failure to file the opening brief, the Appeal was dismissed. The Appeal had significant merit, as |
| 13 | evidenced by the fact that the Respondents made written settlement offers to me, valued in the |
| 14 | hundreds of thousands of dollars. Both the settlement offers from the Respondents and the |
| 15 | appellate issues themselves demonstrated that the Appeal had substantial merit and the |
| 16 | settlement value to me was substantial. Of course, once the opening brief was not filed, as a |
| 17 | proximate result of the negligence of my appellate attorneys, there ceased to be any value in the |
| 18 | Appeal and there was no longer any settlement value. I suffered significant monetary damages as |
| 19 | a proximate result of the negligence of my former appellate attorneys for failing to prosecute the |
| 20 | appeal in a timely manner. |
| 21 | 5. My appellate attorneys are now the defendants in the Lawsuit (i.e., *Tovar v. Ballard, et* |
| 22 | *al.*, Case No. 2009-00032444, Sacramento County Superior Court ). While the outcome of the |
| 23 | Lawsuit cannot be predicted with certainty, there have been confidential and inadmissible recent |
| 24 | developments that have caused me to be optimistic that the case will settle in or around |
| 25 | December, 2009, hopefully in an amount sufficient to fund a 100% plan to creditors. I would |
| 26 | stipulate to the dismissal of my Chapter 13 case, or would seek the voluntary dismissal thereof, |
| 27 | unless the Lawsuit has settled on or before December 31, 2009. |
| 28 | I declare under penalty of perjury under the laws of the State of California that the |

| | |
|---|---|
| 1 | foregoing is true and correct and that this declaration was executed on November 9, 2009 at |
| 2 | Placerville, CA. |

/s/ Dorothy L. Tovar<br>
Dorothy L. Tovar