|  | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | **FILED**<br><br>**12/1/09**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>dhes |
|---|---|---|

## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:   09-28664 - D - 13 L

Debtor Name(s), Social Security Number(s), and Address(es):

Dorothy Louise Tovar
xxx-xx-1807

3450 Palmer Dr #4297
Cameron Park, CA 95682

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on December 1, 2009 . The document number and docket text for this order are set forth below.

[61] - Civil Minute Order Granting [54] Motion/Application To Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [NLE-2], Granting [54] Motion/Application to Dismiss Case/Proceeding [NLE-2] (dhes)

Dated:
12/1/09

For the Court,
Richard G. Heltzel , Clerk